1  McGREGOR W. SCOTT
   United States Attorney
2  THOMAS M. NEWMAN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8               IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | No. 1:19-CR-00073-LJO-SKO
12 |                      Plaintiff,  | FINAL ORDER OF FORFEITURE
13 |            v.                    |
14 | ERIC VANG,                       |
15 |                      Defendant.  |

16

17         WHEREAS, on November 20, 2019, the Court entered a Preliminary Order of

18 Forfeiture, forfeiting to the United States all right, title, and interest of defendant Eric Vang in

19 the following property:

20         a.  German Sport Gun GSG-5, .22 caliber rifle (S/N A294016);

21         b.  Glock/Polymer80 9mm handgun (S/N BDTX522) and 15 Winchester 9mm

22             cartridges;

23         c.  Black Polymer/Silver 9mm handgun (No S/N) containing 17 Winchester 9mm

24             cartridges;

25         d.  Thirty (30 CCI) .22LR caliber cartridges;

26         e.  Two (2) black polymer AR15 G150 lower receiver parts;

27         f.  Polymer80 P80 green lower receiver pistol frame;

28         g.  Black metal round cylinder part resembling gun silencer; and

FINAL ORDER OF FORFEITURE                    1

1    h.  Silver metal round cylinder part resembling gun silencer.

2    AND WHEREAS, beginning on December 28, 2019, for at least thirty (30) consecutive

3 days, the United States published notice of the Court's Order of Forfeiture on the official

4 internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third

5 parties of their right to petition the Court within sixty (60) days from the first day of

6 publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in

7 the forfeited property;

8    AND WHEREAS, the Court has been advised that no third party has filed a claim to the

9 subject property and the time for any person or entity to file a claim has expired.

10    Accordingly, it is hereby ORDERED and ADJUDGED:

11    1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of

12 America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §

13 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right,

14 title, and interest of Eric Vang.

15    2.  All right, title, and interest in the above-listed property shall vest solely in the

16 name of the United States of America.

17    3.  The U.S. Customs and Border Protection shall maintain custody of and control

18 over the subject property until it is disposed of according to law.

19 IT IS SO ORDERED.

20    Dated:  **April 21, 2020**

21                                                         UNITED STATES DISTRICT JUDGE

FINAL ORDER OF FORFEITURE            2